ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                                    )
                                                 )
Preferred Construction Company, Inc.             )        ASBCA Nos. 61944, 61945
                                                 )
Under Contract No. N62473-14-D-0074              )

APPEARANCE FOR THE APPELLANT:            Mr. Thomas Cordova
                                          President

APPEARANCES FOR THE GOVERNMENT:          Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                          Robyn L. Hamady, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 18, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61944, 61945, Appeals of Preferred Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals